UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| E. ARMATA, INC. | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil No. 08cv2877 |
| | : | |
| DELIVERY SERVICE, INC., t/a YOO PRODUCE | : | |
| | : | |
| and | : | |
| | : | |
| SUN YOL YOO | : | |
| | : | |
| Defendants | : | |

**RULE 7.1 DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff, E. Armata, Inc., by and through counsel, certifies that E. Armata, Inc., is not a publicly traded entity and has no other parents, subsidiaries or affiliates which are publicly held.

Dated this 18th day of March, 2008

        Respectfully submitted

        LAW OFFICES OF BRUCE LEVINSON

    By: /s/ Bruce Levinson
        Bruce Levinson (BL0749)
        747 Third Avenue, 4th Floor
        New York, New York 10017-2803
        (212) 750-9898

        Attorney for Plaintiff