```
Form 19 - SECRETARY OF STATE - 306
              BRUCE LEVINSON ESQ.
         ATTN:
U.S. SOUTHERN DIST. COURT     NEW YORK   COUNTY        STATE OF NEW YORK
---------------------------------------------------
                                                       Index No. 08CV02877GEL
E. ARMATA, INC.                       plaintiff
                                                       Date Filed ............
               - against -
                                                       Office No.
YOO DELIVERY SERVICE, INC. T/A        defendant
YOO PRODUCE, ET AL                                     Court Date:    / /
---------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
     STEVE AVERY                     being duly sworn, deposes and says that
he is over the age of 18 years, resides in the State of New York and is
not a party to this action.    That on the
     11th   of April, 2008 at  08:45 am
at the Office of the Secretary of State of the State of New York in the
City of Albany, New York, he served the
     SUMMONS AND COMPLAINT
     FIRST
     AMENDED
     COMPLAINT
UPON: YOO DELIVERY SERVICE, INC. T/A YOO PRODUCE
the DEFENDANT in this action, by delivering to and leaving with
     DONNA CHRISTIE, AGENT

in the office of the Secretary of State of New York, two true copies
thereof and at the same time of making such service, deponent paid said
Secretary of State, a fee of $40. That said service was made pursuant to
Section 306 of the BCL.

     Deponent further describes the person actually served as follows:

     SEX: FEMALE           COLOR: WHITE          HAIR: BLONDE
     APP. AGE: 35          APP. HT: 5:5          APP. WT: 130
OTHER IDENTIFYING FEATURES:


SWORN TO BEFORE ME THIS
17th  DAY OF April, 2008
                                                ........................
KENNETH WISSNER                                 STEVE AVERY
Notary Public, State of New York                AETNA CENTRAL JUDICIAL SERVICES
     No.01WI4714130                             225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY                    NEW YORK, NY, 10007
Commission Expires 03/30/2010                   Reference No: 3BL1121996
```