Form 06 - DOOR - GENERAL PURPOSE

**BRUCE LEVINSON ESQ.**
**ATTN:**
U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY

----------------------------------------------------

E. ARMATA, INC.                          plaintiff

- against -

YOO DELIVERY SERVICE, INC. T/A          defendant
YOO PRODUCE, ET AL

Index No. 08CV02877GEL

Date Filed ............

Office No.

Court Date:  / /

----------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:

**LUIS AGOSTINI**   being duly sworn, deposes and says: I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the 30th day of **April, 2008  10:46 AM**           at
   **BOOTH 230, 2ND FL, NYC TERMINAL**
   **MARKET, BRONX NY 10474**
deponent attempted to make personal service of a true copy of the
   **SUMMONS FIRST**
   **AMENDED COMPLAINT**
   **CIVIL COVER SHEET**
   **JUDGES RULES**
in the above entitled action upon **SUN YOL YOO**
  the **DEFENDANT** therein named.
Deponent made prior diligent efforts to effect personal service upon the said **DEFENDANT** at the aforementioned address, to wit:
**04/16/2008  12:04 PM    04/25/2008  03:30 PM       / /**
That personal service could not be made with due diligence upon the said **DEFENDANT** nor a person of suitable age and discretion found who would receive same true copies thereof. Therefore deponent on the **30th** day of **April, 2008 at 10:46 AM** at the above address, served a true copy of the aforementioned document(s) herein upon the said **DEFENDANT**
**SUN YOL YOO**

by affixing the same to the door of **DEFENDANT said place of business**
On **05/05/2008** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address.
That address being **actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

Sworn to before me this
5th  day of  May, 2008tm

JOEL GOLUB
Notary Public, State of New York
    No.01G04750136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

LUIS AGOSTINI  1027732
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BL1121995