UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08
```

E. ARMATA, INC.

                    Plaintiff

          v.                   :    CIVIL NO. 08-cv-2877-GEL

YOO DELIVERY SERVICE, INC., t/a   :   **ORDER TO SHOW**
YOO PRODUCE                  :   **CAUSE WHY A DEFAULT**
                            :   **JUDGMENT SHOULD**
     and                   :   **NOT ISSUE**

SUN YOL YOO

            Defendants      :

Upon the affidavit of Bruce Levinson, counsel for plaintiff, sworn to on June 10, 2008 and upon copies of the pleadings in support, annexed, it is

**ORDERED**, that the above-named defendants show cause before a motion term of this Court, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 6B, New York, NY 10007-1312, on June 27, 2008 at 11:00 o'clock a.m., or as soon thereafter as counsel may be heard, why a default judgment should not be issued against defendants, Yoo Delivery Service, Inc. t/a Yoo Produce and Sun Yol Yoo pursuant to Rule 55(b) of the Federal Rules of Civil Procedure; and it is further;

**ORDERED** that service of a copy of this order and the papers on which it is based by Federal Express or other nationally recognized overnight delivery service

/

/

/

upon the defendants or their counsel on or before June 17, 2008 shall be deemed good and sufficient service thereof.

DATED: New York, New York

ISSUED: _June 11, 2008_

_____
United States District Judge