UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

E. ARMATA, INC.

          Plaintiff

      v.

YOO DELIVERY SERVICE, INC., t/a
YOO PRODUCE, et al.

   and

SUN YOL YOO

          Defendants

Civil No. 1:08-cv-02877-GEL



**ORDER OF DEFAULT JUDGMENT, AND FINAL JUDGMENT**

Upon the Order to Show Cause and the declaration of plaintiffs' counsel, demonstrating that: defendants Yoo Delivery Service, Inc., t/a Yoo Produce and Sun Yol Yoo, failed to plead or otherwise move or defend in this action; defendants Yoo Delivery Service, Inc., t/a Yoo Produce and Sun Yol Yoo, jointly and severally, owe plaintiff the principal sum of $13,232.00 plus prejudgment interest in the amount of $4,672.16 and attorneys' fees disbursements in the amount of $3,770.87 for a total judgment amount of $21,675.03; defendants Yoo Delivery Service, Inc., t/a Yoo Produce and Sun Yol Yoo Covert are not infants, incompetent persons, or in the military service of the United States; and there is no just reason for delay of entry of final judgment against defendants Yoo Delivery Service, Inc., t/a Yoo Produce and Sun Yol Yoo, jointly and severally, IT IS HEREBY

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered under the trust provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c), in

favor of E. Armata, Inc., and against defendants Yoo Delivery Service, Inc., t/a Yoo Produce, Bronx Terminal Market, Second Floor, Booth 230, Bronx, New York 10474, and Sun Yol Yoo, Bronx Terminal Market, Second Floor, Booth 230, Bronx, New York 10474, jointly and severally, in the principal amount of $13,232.00, plus interest in the amount of $4,672.16 and attorneys' fees disbursements in the amount of $3,770.87 for a total judgment amount of $21,675.03, and that plaintiff have execution therefor; and it is further,

**ORDERED, ADJUDGED AND DECREED** that the judgment entered in favor of plaintiff and against defendants Yoo Delivery Service, Inc., t/a Yoo Produce and Sun Yol Yoo, jointly and severally, is a final judgment, there being no just cause for delay.

Dated: June 27, 2008

_____
United States District Judge